# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 25, 2004

*Before*

Hon. Joel M. Flaum, *Chief Circuit Judge*

Hon. Richard A. Posner, *Circuit Judge*

Hon. Ann Claire Williams, *Circuit Judge*

No. 02-3597

| | |
|---|---|
| YORDANOS M. MUHUR,<br>Petitioner, | Petition for Review of an Order of the<br>Board of Immigration Appeals. |
| *v.* | No. A77-383-237 |
| JOHN D. ASHCROFT,<br>Respondent. | |

## ORDER

The opinion in this case issued on August 24, 2004, is hereby amended as follows. On page 5 of the slip opinion, lines 7-8, the sentence "The immigration laws are immensely complex (perhaps second only in complexity to the law of postconviction remedies) and their application often requires knowledge of foreign cultures unfamiliar to most Americans, as in this case" is deleted and the following substituted in its place: "The immigration laws are complex and their application often requires knowledge of foreign cultures unfamiliar to most Americans, as in this case".